# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 20 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BERTHA ALICIA CASTANEDA,<br><br>　　　　　　　　Defendant. | CASE NO. 12cr4192 JAH<br><br>**JUDGMENT OF DISMISSAL** |

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

　　21:952 and 960 - Importation of Methamphetamine

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/20/2012

　　　　　　　　　　　　　　　　/s/ William McCurine, Jr.
　　　　　　　　　　　　　　　　William McCurine, Jr.
　　　　　　　　　　　　　　　　U.S. Magistrate Judge